** E-filed October 25, 2010 **

Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
Danielle L. Jaberg, (CSBN 256653)
Counsel for ERISA
**Boris Orlov**, Attorney (CSBN 223532)
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
　　　Telephone: (213) 894-5410
　　　Facsimile:  (213) 894-2064
orlov.boris@dol.gov

Attorneys for the Plaintiff
United States Department of Labor

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**,<br>　　Secretary of Labor,<br>　　United States Department of Labor,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**CUONG VIET DO,** an individual, **THE MILI GROUP, INC.** A California corporation, and **THE MILI GROUP RETIREMENT PLAN**, an employee benefit plan.<br><br>　　　　　　Defendants. | Case No. C10-03823 HRL<br><br>**STIPULATION RE CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

1  PLAINTIFF HILDA L. SOLIS, Secretary of Labor, United States Department of Labor (the "Secretary"), and Defendants Cuong Viet Do, The Mili Group, Inc. and the Mili Group Retirement Plan (collectively "Defendants") stipulate as follows:

1. WHEREAS, On August 26, 2010 the Secretary filed a Complaint (Doc. 1) in the above entitled case against Cuong Viet Do, The Mili Group, Inc. and the Mili Group Retirement Plan.

2. WHEREAS, On September 8, 2010 the Secretary mailed a waiver of service of process request form to the Defendants.

3. WHEREAS, On September 12, 2010 Defendants signed the waiver of service of process.

4. WHEREAS, On September 27, 2010 Plaintiff e-filed the waivers with the Court (Docs. 3, 4, and 5).

5. WHEREAS, The due date for the Defendants answer is November 8, 2010.

6. WHEREAS, The Court has set the Initial Case Management Conference for November 9, 2010 at 1:30 pm. which establishes certain deadlines including ADR selection, meet and confer requirements related to the parties' initial disclosures and early settlement.

7. WHEREAS, While the parties have already held early settlement discussions they are not able to fully comply with the other deadlines prior to the Defendants retaining counsel, making an appearance and filing an Answer.

THEREFORE, The parties stipulate that the Initial Case Management Conference be continued to December 7, 14, or any Tuesday in January 2011.

/ /

/ /

/ /

/ /

Dated: October 19, 2010

M. PATRICIA SMITH,
Solicitor of Labor

LAWRENCE BREWSTER,
Regional Solicitor

DANIELLE L. JABERG,
Counsel for ERISA

_____
BORIS ORLOV, Attorney
Attorneys for the Plaintiff

Dated: October 19th, 2010

_____
CUONG VIET DO, Individually and
as President of The Mili Group Inc, and
as Trustee of The Mili Group Retirement
Plan, Defendants

Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
Danielle L. Jaberg, (CSBN 256653)
Counsel for ERISA
**Boris Orlov**, Attorney (CSBN 223532)
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-5410
    Facsimile:  (213) 894-2064
orlov.boris@dol.gov

Attorneys for the Plaintiff
United States Department of Labor

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**,<br>   Secretary of Labor,<br>   United States Department of Labor,<br><br>            Plaintiff,<br><br>       v.<br><br>**CUONG VIET DO,** an individual, **THE MILI GROUP, INC.** A California corporation, and **THE MILI GROUP RETIREMENT PLAN**, an employee benefit plan.<br><br>            Defendants. | Case No. C10-03823 HRL<br><br>~~[PROPOSED]~~ **ORDER**<br>**AS AMENDED BY THE COURT** |

**Order**            Page 1 of 2

1   The parties have stipulated to continue the Initial Case Management Conference
2  from November 9, 2010.
3   GOOD CAUSE APPEARING, the Stipulation of the parties for an Order continu-
4  ing the Initial Case Management Conference is hereby GRANTED.
    All ADR and Rule 26 deadlines are continued accordingly.
5   IT IS FURTHER ORDERED that Initial Case Management Conference is now
6  scheduled for January 11, 2011 at 1:30 pm in Courtroom 2, 5th Floor, San Jose.
7   IT IS SO ORDERED.
8
9  Dated: _____October 25_____, 2010   _____
10                                      United States Magistrate Judge

**Order**   Page 2 of 2