UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>CUONG VIET DO, ET AL.,<br><br>Defendants. | Case No.: 10-CV-03823-LHK<br>Related Case No.: 10-CV-04026<br><br>ORDER REGARDING CASE<br>MANAGEMENT CONFERENCE |

In Case Number 10-CV-04221-LHK, a Case Management Conference is set for Wednesday, January 19, 2011 at 2:00 p.m. Although no Case Management Conference has been set in the related case, Case Number 10-CV-04026, counsel for the Secretary of Labor should be prepared to discuss how *both* cases should proceed.

**IT IS SO ORDERED.**

Dated: January 13, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-03823-LHK
ORDER REGARDING CASE MANAGEMENT CONFERENCE