UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, ) | Case No.: 10-CV-03823-LHK |
| ) | Related Case No.: 10-CV-04026 |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING CASE |
| ) | MANAGEMENT CONFERENCE IN |
| CUONG VIET DO, ET AL., ) | RELATED CASES |
| ) | |
| Defendants. ) | |
| ) | |

On April 15, 2011, the parties filed a statement representing that, after an all-day mediation on April 11, 2011, they have reached a settlement agreement and have signed an essential term sheet. *See* Dkt. #26. The parties anticipate that it will take approximately thirty days to finalize the settlement and consent judgment. On April 21, 2011, the parties filed a stipulation requesting that the currently scheduled April 27, 2011 case management conference be vacated or continued until on or after May 25, 2011 in light of the settlement. *See* Dkt. #28.

Based on the parties' representations that a settlement has been reached and will be finalized within thirty days from April 15, 2011, the Court continues the currently scheduled case management conference from Wednesday, April 28, 2011 to Wednesday, June 1, 2011 at 2:00 p.m. By Friday, May 20, 2011, the parties shall file their finalized settlement, consent decree, and stipulation of dismissal. If the parties do not finalize the settlement and consent decree by May 20,

//

1    2011, the parties must file a case management statement by Wednesday, May 25, 2011 and should
2    be prepared to litigate the case.
3    **IT IS SO ORDERED.**

5    Dated: April 22, 2011                                    _____
                                                              LUCY H. KOH
6                                                             United States District Judge

Case No.: 10-CV-03823-LHK; Related Case No.: 11-CV-04026
ORDER CONTINUING CASE MANAGEMENT CONFERENCE